UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KRISTEN MANGIERO,

        Plaintiff,

   -against-

WALGREEN CO., WELLA PERSONAL CARE
OF NORTH AMERICA, THE WELLA
CORPORATION and PROCTER AND GAMBLE
DISTRIBUTING COMPANY,

        Defendant.
------------------------------------------------------------------X

**PLAINTIFF'S DEMAND
FOR A JURY TRIAL**

Civil Action No.: 08 CIV 1970


**C O U N S E L :**

    **PLEASE TAKE NOTICE**, that plaintiff demands a trial by jury on all issues in this action.

    **PLEASE TAKE FURTHER NOTICE**, that plaintiff objects to the grounds for removal, and plaintiff does not waive their rights of remand in this case.

Dated:    Staten Island, NY
            March 6, 2008

                            Yours, etc.,

                            MINCHEW, SANTNER & BRENNER, LLP

                            By: JAMIE M. MINCHEW (JM-5877)
                            Attorneys for Plaintiff
                            KRISTEN MANGIERO
                            1741 Victory Boulevard
                            Staten Island, NY 10314
                            (718) 727-7700
                            File Number: 109-717-JMM

TO:

GOLDBERG SEGALLA
Attorneys for Defendant
PROCTER & GAMBLE DISTRIBUTING COMPANY and
THE WELLA CORPORATION
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
(914) 798-5400

WALGREEN CO.
104 Wilmont Road
MS #1435
Deerfield, Illinois 60015

WELLA PERSONAL CARE OF NORTH AMERICA
3 University Plaza
Suite 400
Hackensack, NJ 07601

AFFIDAVIT OF SERVICE BY MAIL:

STATE OF NEW YORK        )
                                           )ss:
COUNTY OF RICHMOND  )

      JOANNE CLOSE, being duly sworn, deposes and says: I am not a party to this action, am over the age of 18 years and reside at Staten Island, New York.

      On March 6, 2008, I served the within **PLAINTIFF'S DEMAND FOR A JURY TRIAL**,

  x    by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressee(s) as indicated below:

GOLDBERG SEGALLA
Attorneys for Defendant
PROCTER & GAMBLE DISTRIBUTING COMPANY and
THE WELLA CORPORATION
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
(914) 798-5400

WALGREEN CO.
104 Wilmont Road
MS #1435
Deerfield, Illinois 60015

WELLA PERSONAL CARE OF NORTH AMERICA
3 University Plaza
Suite 400
Hackensack, NJ 07601

_____
JOANNE CLOSE

Sworn to before me this
6th day of March, 2008

_____
NOTARY PUBLIC

JAMIE M. MINCHEW
Notary Public, State of New York
No. 02MI6031813
Qualified in Richmond County
Comm. Expires October 12, 20__

JAMIE M. MINCHEW
Notary Public, State of New York
No. 02MI6031813
Qualified in Richmond County
Comm. Expires October 12, 20__

Civil No.  08 CIV 1970

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KRISTEN MANGIERO

    Plaintiff(s),

-against-

WALGREEN CO., WELLA PERSONAL CARE OF NORTH AMERICA, THE WELLA CORPORATION and PROCTER AND GAMBLE DISTRIBUTING COMPANY,

    Defendant(s),

---

### PLAINTIFF'S DEMAND FOR A JURY TRIAL

---

THE LAW FIRM OF
**MINCHEW, SANTNER & BRENNER, LLP**
Attorneys for Plaintiff(s)
1741 Victory Boulevard
Staten Island, NY 10314
(718) 727-7700

---

To:

*Attorney(s) for*

---

*Service of a copy of the within*       *is hereby admitted.*

*Dated:*

                      *Attorney(s) for*