UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KRISTEN MANGIERO,

                Plaintiff(s),        08-CIV-1970 (JSR)

  -against-

WALGREEN CO., WELLA PERSONAL CARE
OF NORTH AMERICA, THE WELLA CORPORATION
and PROCTER AND GAMBLE DISTRIBUTING
COMPANY,

                Defendant(s)
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-20-08
```

## STIPULATION REMANDING MATTER TO STATE COURT

**IT IS HEREBY STIPULATED AND AGREED**, by and between the below-named counsel for the parties to the above-captioned matter as follows:

**WHEREAS** this case was originally filed by the plaintiff in the Supreme Court for the State of New York located in Richmond County; and

**WHEREAS** this case involves parties who are diverse to each other; and

**WHEREAS** the defendants in this case removed this case to this Federal Court on the basis of diversity; but

**WHEREAS** that the amount in controversy, inclusive of interest and costs, does not exceed seventy-four thousand nine hundred ninety-nine dollars ($74,999.00), and the plaintiff has agreed that under no circumstances shall any recovery in this matter exceed seventy-four thousand nine hundred ninety-nine dollars ($74,999.00);

It is therefore stipulated and agreed that it is appropriate that this matter be remanded to the

1

Supreme Court of the State of New York for the County of Richmond.

Dated: White Plains, New York
 March 7, 2008

GOLDBERG SEGALLA, LLP

By: s/
Brian T. Stapleton, Esq. (BS5640)
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
(914) 798-5400
*Attorney for the Defendant*
*The Wella Corporation and*
*The Procter & Gamble Distributing Company*

MINCHEW SANTNER & BRENNER, LLP

By: s/
Jamie M. Minchew, Esq. (JM5877)
1741 Victory Boulevard
Staten Island, New York 10314
(718) 727-7700
*Attorney for the Plaintiff*
*Kristen Mangiero*

SO ORDERED:

Jed S. Rakoff, U.S.D.J.

3-19-08

2